G. A. JOHNSTON v. STATE.

Nos. A-814, A-1051, A-1052, A-1053.   Opinion Filed January 11, 1912.

Appeal from Coal County Court; R. H. Wells, Judge.

G. A. Johnston was convicted of violations of the prohibitory law, and appeals.  Four cases.  Affirmed.

Charles T. Gibson, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen. (Andrew Wood, of counsel), for the State.

PER CURIAM.  No material errors appearing from the records, the judgments of the trial court are hereby affirmed.

W. A. SCOTT v. STATE.

No. A-1137.   Opinion Filed January 11, 1912.

Appeal from Caddo County Court; C. Ross Hume, Judge.

W. A. Scott was convicted of violating the prohibitory law, and appeals.  Affirmed.

Bristow & McFadyen, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  The judgment of the trial court is affirmed.

JOHN WILSON v. STATE.

No. A-1143.   Opinion Filed January 11, 1912.

Appeal from Cleveland County Court; F. B. Swank, Judge.

John Wilson was convicted of violating the prohibitory law, and appeals.  Affirmed.

B. F. Wolf, for plaintiff in error.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.  The judgment of the trial court is affirmed.